IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD NOONER and PAMELA NOONER,

        Plaintiff,                  NO. 2:11-CV-2367 KJM-JFM

    vs.

EL DORADO UNION HIGH SCHOOL DISTRICT, et al.,

        Defendant.

ORDER

/

        On October 3, 2011, defendant El Dorado Union High School District noticed a motion to dismiss to be heard on November 9, 2011. (ECF 6.) Under Local Rule 230(c), plaintiffs' opposition or statement of non-opposition was due on October 26, 2011. Plaintiffs have failed to timely file either an opposition or statement of non-opposition to the motion to dismiss. Plaintiffs are ordered to show cause within seven (7) days why this action should not be dismissed for failure to prosecute. The November 9, 2011 hearing date is hereby vacated pending resolution of this order to show cause.

    IT IS SO ORDERED.

DATED: November 2, 2011.

_____
UNITED STATES DISTRICT JUDGE