IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD NOONER and PAMELA NOONER,
        Plaintiffs,                   NO. CIV. S-2:11-2367 KJM-JFM

     vs.

EL DORADO UNION HIGH SCHOOL DISTRICT, et al.,

        Defendants.                 ORDER TO SHOW CAUSE
_____/

On September 7, 2011, plaintiffs Ronald and Pamela Nooner instituted the present action against El Dorado Union High School District ("defendant"), among others. (ECF 1.) A court may raise the issue of Eleventh Amendment immunity sua sponte. *See Cal. Franchise Tax Bd. v. Jackson*, 184 F.3d 1046, 1048–49 (9th Cir. 1999). Although defendant has a motion to dismiss pending before the court, Eleventh Amendment immunity is not addressed in its opening brief. (*See* ECF 6-1.)[1] The Ninth Circuit has consistently held that school districts are arms of the state and therefore enjoy Eleventh Amendment immunity. *See, e.g., Dollonne v. Ventura Unified School Dist.*, 440 F. Ap'px. 533 (9th Cir. 2011) (holding that California school districts enjoy Eleventh

---

[1] The court notes that although the issue is not raised in defendant's motion to dismiss, defendant did address Eleventh Amendment immunity in its meet and confer letter attached the motion. (*See* ECF 6-2 at 4-5.)

1

1  Amendment immunity); *Corales v. Bennett*, 567 F.3d 554 (9th Cir. 2009) ("The district court
2  correctly determined that school districts in California are immune from § 1983 claims by virtue of
3  Eleventh Amendment immunity."); *Belanger v. Madera Unified School District*, 963 F.2d 248 (9th
4  Cir. 1992).  Plaintiffs are ordered to show cause by the close of business on February 8, 2012 why
5  defendant El Dorado Union High School District should not be dismissed from the present action.
6  Defendant also may, but is not required to, file a response to this show cause order.

7         IT IS SO ORDERED.

8  DATED: February 3, 2012.

                                    _____
                                    UNITED STATES DISTRICT JUDGE