IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD NOONER and PAMELA NOONER,
        Plaintiffs,                     NO. CIV. S-2:11-2367 KJM-JFM

vs.

EL DORADO UNION HIGH SCHOOL DISTRICT, et al.,

        Defendants.                    ORDER TO SHOW CAUSE

/

On September 7, 2011, plaintiffs Ronald and Pamela Nooner instituted the present action against El Dorado Union High School District ("defendant"), among others. (ECF 1.) A court may raise the issue of Eleventh Amendment immunity sua sponte. *See Cal. Franchise Tax Bd. v. Jackson*, 184 F.3d 1046, 1048–49 (9th Cir. 1999). Although defendant has a motion to dismiss pending before the court, Eleventh Amendment immunity is not addressed in its opening brief. (*See* ECF 6-1.)[1] The Ninth Circuit has consistently held that school districts are arms of the state and therefore enjoy Eleventh Amendment immunity. *See, e.g., Dollonne v. Ventura Unified School Dist.*, 440 F. Ap'px. 533 (9th Cir. 2011) (holding that California school districts enjoy Eleventh

---

[1] The court notes that although the issue is not raised in defendant's motion to dismiss, defendant did address Eleventh Amendment immunity in its meet and confer letter attached the motion. (*See* ECF 6-2 at 4-5.)

Amendment immunity); *Corales v. Bennett*, 567 F.3d 554 (9th Cir. 2009) ("The district court correctly determined that school districts in California are immune from § 1983 claims by virtue of Eleventh Amendment immunity."); *Belanger v. Madera Unified School District*, 963 F.2d 248 (9th Cir. 1992).  Plaintiffs are ordered to show cause by the close of business on February 8, 2012 why defendant El Dorado Union High School District should not be dismissed from the present action. Defendant also may, but is not required to, file a response to this show cause order.

        IT IS SO ORDERED.

DATED: February 3, 2012.

_____
UNITED STATES DISTRICT JUDGE