IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD NOONER and PAMELA NOONER,<br>           Plaintiffs,<br><br>       vs.<br><br>EL DORADO UNION HIGH SCHOOL DISTRICT, et al.,<br>           Defendants._____/ | NO. CIV. S-11-2367 KJM-JFM<br><br><br><br><u>ORDER</u><br><br><u>ORDER TO SHOW CAUSE</u> |

On September 7, 2011, plaintiffs Ronald and Pamela Nooner instituted the present action against El Dorado Union High School District ("defendant"), among others. (ECF 1.) On February 3, 2012, the court issued an order to show cause why El Dorado Union School District should not be dismissed from the present action based on Eleventh Amendment immunity. (ECF 18.) Plaintiffs failed to respond to the show cause order. As a result, El Dorado Union School District is hereby dismissed from this action. *See, e.g., Corales v. Bennett*, 567 F.3d 554 (9th Cir. 2009). The court requests further briefing on the effect the dismissal of the school district may have on federal standing, specifically:

1. The parties should address each of the three elements of Article III standing as they pertain to the present suit. *Lujan v. Defenders of Wildlife*, 504 U.S. 555 (1992).

1

2. The parties also should address whether the court should abstain from exercising jurisdiction based on prudential standing principles. *Elk Grove Unified School District v. Newdow*, 542 U.S. 1 (2004).

The parties should submit letter briefs not to exceed ten (10) pages addressing the above questions no later than noon on March 2, 2012.

In addition, plaintiffs' counsel Douglas Watts is ordered to show cause by noon on February 17, 2012 why he should not be fined $500.00 for failing to comply with the court's show cause order after previously being cautioned regarding his negligence in complying with the local rules. (*See* ECF 13; E.D. CAL. LOCAL RULE 110.)

The hearing set for Friday, February 10, 2012 is hereby VACATED and RESET for March 9, 2012 at 10:00 a.m.

IT IS SO ORDERED.

DATED: February 9, 2012.

_____
UNITED STATES DISTRICT JUDGE